IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NIDAL ISA,  :
    Petitioner  :
  :  No. 1:19-cv-786
v.  :
  :  (Judge Kane)
WARDEN LSCI ALLENWOOD,  :
    Respondent  :

## ORDER

**AND NOW**, on this 24th day of May 2019, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. The Clerk of Court is directed to substitute Warden LSCI Allenwood for the Respondent in this matter;

2. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1), is **DISMISSED WITHOUT PREJUDICE**; and

3. The Clerk of Court is directed to **CLOSE** this case.

                                          s/ Yvette Kane
                                          Yvette Kane, District Judge
                                          United States District Court
                                          Middle District of Pennsylvania